

# NUMBER 13-08-295-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MERCURY INSURANCE COMPANY

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Per Curiam Memorandum Opinion

Relator, Mercury Insurance Company, filed a petition for writ of mandamus in the above cause arguing that the trial court abused its discretion in denying relator's motion to compel arbitration. On May 15, 2008, this Court requested a response from Angela Samples, the real party in interest. Relator has now filed an agreed motion to dismiss this original proceeding on grounds that the parties have settled and compromised their dispute.

The Court, having examined and fully considered the petition for writ of mandamus and motion to dismiss, is of the opinion that the motion to dismiss should be granted.

Accordingly, we GRANT the motion and DISMISS the petition for writ of mandamus without addressing the merits thereof.

PER CURIAM

Memorandum Opinion delivered and
filed this 10th day of July, 2008.